Order entered October /8, 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00472-CR

## CHRISTOPHER BRANCH, Appellant

V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F11-14772-S

## ORDER

On September 17, 2012, this Court ordered the trial court clerk to file, within fifteen days, a supplemental record containing the presentence investigation report. To date, we have not received the supplemental clerk's record nor have we had any correspondence from the clerk regarding that record.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **SEVEN DAYS** of the date of this order, a supplemental record containing the presentence investigation report. No further extensions will be granted. If we do not receive the supplemental record with the time specified, we will utilize the available remedies to obtain the supplemental record.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following:

- Honorable Andy Chatham, Presiding Judge, 282nd Judicial District Court;

- Gary Fitzsimmons, Dallas County District Clerk;

- Dallas County District Clerk, Criminal Records Division; and

- Counsel for all parties.

DAVID L. BRIDGES
JUSTICE